IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Terry, Sharif M

Printed: 6/24/08

Case Number: 06 B 05348
Judge: Goldgar, A. Benjamin
Filed: 5/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 5, 2008
Confirmed: July 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,424.65 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,157.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,274.00 |
| Trustee Fee: |  | 328.60 |
| Other Funds: |  | 664.65 |
| Totals: | 6,424.65 | 6,424.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,274.00 | 3,274.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 1,141.10 | 1,620.18 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 76.50 | 108.62 |
| 4. | Portfolio Recovery Associates | Unsecured | 189.81 | 269.51 |
| 5. | Cavalry Portfolio/Collection | Unsecured | 49.42 | 70.16 |
| 6. | Aspire Visa | Unsecured | 62.63 | 88.93 |
| 7. | Honor Finance | Secured |  | No Claim Filed |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | Blatt Hasenmiller Leisker | Unsecured |  | No Claim Filed |
| 10. | GEMB | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Diversified Emer Serv | Unsecured |  | No Claim Filed |
| 14. | Keynote Consuling | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Village Imaging Professionals LLC | Unsecured |  | No Claim Filed |
| 18. | Senex Services Corp | Unsecured |  | No Claim Filed |
| 19. | St Elizabeth's Hospital | Unsecured |  | No Claim Filed |
| 20. | Weltman Weinberg | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | Trustmark Insurance Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,793.46 | $ 5,431.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Terry, Sharif M | Case Number:  06 B 05348 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/24/08 | Filed:  5/10/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 25.95 |
| 4.8% | 46.08 |
| 5.4% | 106.59 |
| 6.5% | 149.98 |
| | _____ |
| | $ 328.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

